**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7065**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

HERMAN FELTON, JR.,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:21-cr-00006-D-1)

_____

Submitted:  December 20, 2022                Decided:  December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Herman Felton, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Felton, Jr., pled guilty to possession of a stolen firearm, in violation of 18 U.S.C. §§ 922(j), 924(a)(2), and was sentenced to 60 months' imprisonment. Felton appealed his prison sentence, and this court dismissed the appeal. *United States v. Felton*, No. 22-4212 (4th Cir. Sept. 6, 2022) (unpublished order). Felton has noted a second appeal of the criminal judgment. Because this court dismissed Felton's prior appeal, we dismiss the subject appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*